**Not for Publication**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERTA JACKSON, *Plaintiff*, v. HOWMEDICA OSTEONICS CORPORATION, et al., *Defendants*. | Civil Action No. 19-18667 (JMV) (JBC) **ORDER** |
| KIMBERLY FUSCO and JOHN FUSCO, *Plaintiffs*, v. HOWMEDICA OSTEONICS CORPORATION, et al., *Defendants*. | Civil Action No. 19-15040 (JMV) (JBC) **ORDER** |
| WILLIAM M. JOHNSON, *Plaintiff*, v. HOWMEDICA OSTEONICS CORPORATION, et al., *Defendants*. | Civil Action No. 19-15078 (JMV) (JBC) **ORDER** |

| | |
|---|---|
| GERALDINE WYCHE,<br><br>    *Plaintiff*,<br><br>v.<br><br>HOWMEDICA OSTEONICS CORPORATION, et al.,<br><br>    *Defendants*. | Civil Action No. 19-15085 (JMV) (JBC)<br><br>**ORDER** |
| KATHLEEN SHAFER-JONES and GREGORY JONES,<br><br>    *Plaintiffs*,<br><br>v.<br><br>HOWMEDICA OSTEONICS CORPORATION, et al.,<br><br>    *Defendants*. | Civil Action No. 19-15111 (JMV) (JBC)<br><br>**ORDER** |
| JANICE MCCRACKEN,<br><br>    *Plaintiff*,<br><br>v.<br><br>HOWMEDICA OSTEONICS CORPORATION, et al.,<br><br>    *Defendants*. | Civil Action No. 19-15137 (JMV) (JBC)<br><br>**ORDER** |

| | |
|---|---|
| JEFFREY D'ALESSANDRO and JENNIFER D'ALESSANDRO, <br><br> *Plaintiffs*, <br><br> v. <br><br> HOWMEDICA OSTEONICS CORPORATION, et al., <br><br> *Defendants*. | Civil Action No. 19-15147 (JMV) (JBC) <br><br> **ORDER** |
| DARCY WOLFE, <br><br> *Plaintiff*, <br><br> v. <br><br> HOWMEDICA OSTEONICS CORPORATION, et al., <br><br> *Defendants*. | Civil Action No. 19-15152 (JMV) (JBC) <br><br> **ORDER** |
| JAMES BROWN and TERRI BROWN, <br><br> *Plaintiffs*, <br><br> v. <br><br> HOWMEDICA OSTEONICS CORPORATION, et al., <br><br> *Defendants*. | Civil Action No. 19-17984 (JMV) (JBC) <br><br> **ORDER** |

3

| | |
|---|---|
| SHIRLEY WARD,<br><br>        *Plaintiff*,<br><br>v.<br><br>HOWMEDICA OSTEONICS CORPORATION, et al.,<br><br>        *Defendants*. | Civil Action No. 19-17986<br>(JMV) (JBC)<br><br>**ORDER** |
| DIANE GORMAN,<br><br>        *Plaintiff*,<br><br>v.<br><br>HOWMEDICA OSTEONICS CORPORATION, et al.,<br><br>        *Defendants*. | Civil Action No. 19-18665<br>(JMV) (JBC)<br><br>**ORDER** |
| COLLEEN KENNEDY,<br><br>        *Plaintiff*,<br><br>v.<br><br>HOWMEDICA OSTEONICS CORPORATION, et al.,<br><br>        *Defendants*. | Civil Action No. 19-19304<br>(JMV) (JBC)<br><br>**ORDER** |

| | |
|---|---|
| DEBRA WYGLE and WILLIAM WYGLE,<br><br>*Plaintiffs*,<br><br>v.<br><br>HOWMEDICA OSTEONICS CORPORATION, et al.,<br><br>*Defendants*. | Civil Action No. 20-549<br>(JMV) (JBC)<br><br>**<u>ORDER</u>** |
| COLE BRANCATI,<br><br>*Plaintiff*,<br><br>v.<br><br>HOWMEDICA OSTEONICS CORPORATION, et al.,<br><br>*Defendants*. | Civil Action No. 20-704<br>(JMV) (JBC)<br><br>**<u>ORDER</u>** |

**<u>John Michael Vazquez, U.S.D.J.</u>**

This matter comes before the Court on the June 15, 2020 Report and Recommendation (the "R&R") of Magistrate Judge James B. Clark, III.  Civil Action No. 19-18667, D.E. 13.  The R&R addressed Plaintiff Roberta Jackson's motion to remand this matter to the Superior Court of New Jersey, Civil Action No. 19-18667, D.E. 5, and recommends that this Court grant the motion; and it

**APPEARING** that "the parties conferred and agreed that the most efficient manner for the Court to address the pending motions [in the above-docketed cases] would be to select one case that encompassed the various issues raised and to apply the final decision in that case to the remaining motions."  *See* R&R at 3.  The parties agreed that a decision in *Jackson v. Howmedica*

*Osteonics Corporation*, Civil Action No. 19-18667, would sufficiently address the issues raised in the above-docketed cases. *Id.*; and it

**APPEARING** that the parties were advised as to the dates that any objections to this R&R were to be served and filed. *See* R&R at 12; and it

**APPEARING** that no objections to the R&R have been received and the time for filing any objections has expired; and it

**APPEARING** that "where no objections are made in regard to a report or parts thereof, the district court will adopt the report and accept the recommendation if it is 'satisf[ied] . . . that there is no clear error on the face of the record.'" *Sportscare of Am., P.C. v. Multiplan, Inc.*, No. 10-4414, 2011 WL 500195, at *1 (D.N.J. Feb. 10, 2011) (quoting Fed. R. Civ. P. 72 Advisory Committee's Notes); and it

**APPEARING** that this Court independently reviewed the record and the R&R, and hereby adopts it as the Opinion of this Court.

**THEREFORE**, for the foregoing reasons, and for good cause shown,

**IT IS** on this  20th  day of July, 2020,

**ORDERED** that the Court adopts the Report and Recommendation, Civil Action No. 19-18667, D.E. 13, in its entirety, and Plaintiff's motion to remand, D.E. 5, is granted; and it is further

**ORDERED** that pursuant to the parties' agreement that the final decision in Civil Action No. 19-18667 would apply to the remaining cases, Plaintiffs' motions to remand in all of the above-docketed cases are granted;[1] and it is further

---

[1] Plaintiffs' motion, D.E. 5, is granted in *Fusco, et al. v. Howmedica Osteonics Corporation, et al.*, Civil Action No. 19-15040; Plaintiff's motion, D.E.5, is granted in *Johnson v. Howmedica Osteonics Corporation, et al.*, Civil Action No. 19-15078; Plaintiff's motion, D.E. 5, is granted in *Wyche v. Howmedica Osteonics Corporation, et al.*, Civil Action No. 19-15085; Plaintiffs' motion, D.E. 5, is granted in *Shafer-Jones, et al. v. Howmedica Osteonics Corporation, et al.*, Civil Action

**ORDERED** that all of the above-docketed matters are hereby remanded to the Superior Court of New Jersey, Law Division, Bergen County; and it is further

**ORDERED** that the Clerk's Office shall close all of the above-docketed matters.

_____
John Michael Vazquez, U.S.D.J.

---

No. 19-15111; Plaintiff's motion, D.E. 5, is granted in *McCracken. v. Howmedica Osteonics Corporation, et al.*, Civil Action No. 19-15137; Plaintiffs' motion, D.E. 5, is granted in *D'Alessandro v. Howmedica Osteonics Corporation, et al.*, Civil Action No. 19-15147; Plaintiff's motion, D.E. 5, is granted in *Wolfe v. Howmedica Osteonics Corporation, et al.*, Civil Action No. 19-15152; Plaintiffs' motion, D.E. 6, is granted in *Brown, et al. v. Howmedica Osteonics Corporation, et al.*, Civil Action No. 19-17984; Plaintiff's motion, D.E. 6, is granted in *Ward v. Howmedica Osteonics Corporation, et al.*, Civil Action No. 19-17986; Plaintiff's motion, D.E. 6, is granted in *Gorman v. Howmedica Osteonics Corporation, et al.*, Civil Action No. 19-18665; Plaintiff's motion, D.E. 6, is granted in *Kennedy v. Howmedica Osteonics Corporation, et al.*, Civil Action No. 19-19304; Plaintiffs' motion, D.E. 2, is granted in *Wygle, et al. v. Howmedica Osteonics Corporation, et al.*, Civil Action No. 20-549; and Plaintiff's motion, D.E. 2, is granted in *Brancati v. Howmedica Osteonics Corporation, et al.*, Civil Action No. 20-704.